IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————

No. 96-40796
Summary Calendar

—————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BOBBY JAMES REECE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1-95-CR-95-ALL
- - - - - - - - - -
June 26, 1997
Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Bobby James Reece has filed a brief as required by Anders v. California, 386 U.S. 738 (1967), and we have independently reviewed the brief and record, as well as Reece's response to counsel's motion, and found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.